FILED

SEP 30 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-10297 |
| Plaintiff - Appellee, | D.C. No. 2:08-cr-00148-PMP |
| v. | |
| ANTONIO WARREN GANTT, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Philip M. Pro, District Judge, Presiding

Submitted September 27, 2011[**]

Before:    HAWKINS, SILVERMAN, and W. FLETCHER, Circuit Judges.

Antonio Warren Gantt appeals from his guilty-plea conviction and

188-month sentence for armed and assaultive bank robbery, in violation of 18

U.S.C. § 2113(a), (d).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967),

Gantt's counsel has filed a brief stating there are no grounds for relief, along with a

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED**.

Gantt's pro se motion to dismiss the appeal is denied as moot.